NICHOLAS BELFI, as Guardian ad Litem of WESLEY BELFI, an Infant under the Age of Fourteen Years, Respondent, v. YONKERS NATIONAL BANK & TRUST Co., Appellant. NICHOLAS BELFI, Respondent, v. YONKERS NATIONAL BANK & TRUST Co., Appellant.— In separate actions brought by an infant for damages for personal injuries, and by his father for loss of services and medical expenses, judgments of the City Court of Yonkers in favor of the plaintiffs reversed on the facts and a new trial ordered, with costs to abide the event. On a former appeal we reversed judgments in the plaintiffs' favor as against the overwhelming weight of the evidence. (255 App. Div. 705.) The present judgments are erroneous and reversible for the same reason. In fact, the defendant made out a stronger case upon the second trial because of the additional evidence of the witness Eva Chamberlain. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

GERTRUDE A. CALDWELL, Respondent, v. RICHARD T. CALDWELL, Appellant.— Order appointing plaintiff receiver in sequestration proceedings affirmed, without costs. Order denying defendant's motion to be relieved of the payment of alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

CITIZENS SAVINGS BANK, Appellant, v. 1722 CATON AVENUE CORPORATION, Respondent, and Others, Defendants.— In an action to foreclose mortgages on real property, order granting appellant's motion to amend the summons herein but denying the motion in all other respects modified by striking out the last ordering paragraph and inserting in place thereof a provision granting appellant's motion to strike out the answer of respondent 1722 Caton Avenue Corporation and to dismiss the counterclaim therein contained and for an order of reference to compute and for the relief demanded in the complaint; and, as thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. The record presents no triable issue. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

WILLIAM DOUGLAS, Respondent, v. MORRIS PERLSTEIN and CAMP MA-HO-GE, INC., Appellants.— Action to recover damages for alleged malicious prosecution and false imprisonment. Judgment in favor of plaintiff entered upon the verdict of a jury and order denying defendants' motion to set aside the verdict and for a new trial reversed on the facts and new trial granted, with costs to appellants to abide the event, unless within ten days from the entry of the order hereon respondent stipulate to reduce the verdict from $3,500.06 to $1,000.06; in which event the judgment, as so reduced, and the order, are unanimously affirmed, without costs. The verdict in that phase which assesses compensatory damages is excessive. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.